FILED'08 JAN 30 10:07USDC-ORP

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA

v.

JESUS ISRAEL GARCIA,

Defendant.

CR 04-359 BR

ORDER FOR REMISSION

Plaintiff, United States of America, having petitioned for the remission of the fine balance of $100.00, in the above referenced case, accordingly, it is hereby [*$100 balance of the original*] ORDERED that the government's petition to remit the fine is granted.

DATED this 29th day of January 2008

[* and the Court finding that further efforts to collect the outstanding balance of $105.00 are not likely to be effective,]

_____
ANNA J. BROWN
UNITED STATES DISTRICT JUDGE

Presented by:

KARIN J. IMMERGUT
United States Attorney
District of Oregon

_____
ROBERT D. NESLER
Assistant United States Attorney